UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALANA SULLIVAN, J. BRITTON TABOR, | Case No. 1:25-cv-155 |
| *Relators,* | Judge Curtis L. Collier |
| v. | Magistrate Judge Christopher H. Steger |
| MURPHY MEDICAL CENTER, INC., d/b/a ERLANGER WESTERN CAROLINA HOSPITAL, *et al.*, | |
| *Defendants.* | |

## O R D E R

Before the Court is a motion by Defendants Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Health System, d/b/a Erlanger Medical Center, Murphy Medical Center, Inc. d/b/a/ Erlanger Western Carolina Hospital, and Erlanger Health to dismiss the United States' complaint in intervention (Doc. 50). (Doc. 73.) For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Defendants' motion to dismiss (Doc. 73).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**