UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALANA SULLIVAN, *as Relator on behalf of the United States of America, the State of North Carolina and the State of Tennessee, et al.*, ) ) ) ) ) | Case No. 1:25-cv-155 |
| Plaintiffs, ) ) | Judge Curtis L. Collier |
| v. ) ) | Magistrate Judge Christopher H. Steger |
| MURPHY MEDICAL CENTER, INC., d/b/a ERLANGER WESTERN CAROLINA HOSPITAL, *et al.*, ) ) ) ) | |
| Defendants. ) | |

## O R D E R

Before the Court is a motion by Defendants Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Health System, d/b/a Erlanger Medical Center, Murphy Medical Center, Inc. d/b/a/ Erlanger Western Carolina Hospital, and Erlanger Health to dismiss Relators' Second Amended Complaint (Doc. 119). (Doc. 121.) For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Defendants' motion to dismiss (Doc. 121).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**